# Exhibit B
## Deposition Transcript Invoices

US Legal Support / dba Block Court Reporting
733 15th Street NW
Suite 937
Washington, DC 20005
(202) 638-1313   Fax (202) 638-3740

*Ok to pay* (handwritten)

RECEIVED MAR 21 2002

*Edi* (handwritten)

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I STREET, NORTHWEST
WASHINGTON, DC 20005-3305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 33841 | 03/07/2002 | 30-24177 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/27/2002 | MITCSH | 01CV01908 |

| CASE CAPTION |
|---|
| ARIAS vs. DYNCORP |

| TERMS |
|---|
| Due upon receipt |

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
Randy Beers

| | | |
|---|---|---|
| | 96 Pages @ | 3.50/Page | 336.00 |
| EXHIBITS | 247 Pages @ | .25/Page | 61.75 |
| Delivery Regular | | | 10.00 |

**TOTAL   DUE   >>>>**                    407.75

Thank you. We appreciate your business.  Please call us @ 202-638-1313, if you have any questions.

1152.2 (handwritten)



(202) 898-5800

---

**TAX ID NO. :** ████

*Please detach and return this portion with your payment*

---

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I STREET, NORTHWEST
WASHINGTON, DC 20005-3305

Invoice No.:  33841
Date      :  03/07/2002
**TOTAL DUE :     407.75**

Job No.   :  30-24177
Case No.  :  01CV01908
ARIAS vs. DYNCORP

Remit To:   **US Legal Support / dba Block Court Reporting**
**Chase Bank of Texas/DC Lockbox #200605**
**601 Travis Road**
**Houston, TX 77002**

OK to Pay
R. Stewart
8/13/09

# Veritext Florida Reporting Co.
## A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:**  Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

| | |
|---|---|
| **Invoice #:** | FL 139880 |
| **Invoice Date:** | 08/12/2009 |
| **Balance Due:** | $415.30 |

---

**Case:**  Arias, et al. v. Dyncorp, et al.

**Job #:**  144557  |  Job Date: 7/8/2009  |  Delivery:  Normal

**Location:**  Quito, Ecuador,

---

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Edwin Gonzabay, M.D. | Certified Transcript | Page | 104.00 | $338.00 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 28.00 | $23.80 |
| 4 | | Handling | Package | 1.00 | $14.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $415.30 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $415.30 |

Fed. Tax ID: ▮▮▮▮▮▮        Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

**Make check payable to:**            Veritext Florida Reporting Co.,

**Charge my Credit Card:**  ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

_____          _____
Credit Card #                              Exp. Date

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | FL139880 |
| **Job #:** | 144557 |
| **Invoice Date:** | 08/12/2009 |
| **Balance :** | $415.30 |

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

*CK to pay*
*R. Stewart*
*8/13/09*

# Veritext Florida Reporting Co.
## A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

| Bill To: | Rosemary Stewart | | |
|---|---|---|---|
| | Spriggs & Hollingsworth | **Invoice #:** | FL 139884 |
| | 1350 I Street NW | **Invoice Date:** | 08/12/2009 |
| | Washington, DC 20005 | **Balance Due:** | $373.30 |

| Case: | Arias, et al. v. Dyncorp, et al. |
|---|---|
| Job #: | 144558  \|  Job Date: 7/9/2009  \|  Delivery:  Normal |
| Location: | Quito, Ecuador, |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Querubin Celi Encarnacion | Certified Transcript | Page | 95.00 | $308.75 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 13.00 | $11.05 |
| 4 | | Handling | Package | 1.00 | $14.50 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $373.30 |
| | Payment: | |
| | Credits: | |
| Fed. Tax ID: ███████   Term: Net 30 | Interest: | $0.00 |
| | Balance Due: | $373.30 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to:   Veritext Florida Reporting Co.,

Charge my Credit Card:   ☐ Visa  ☐ Master Card  ☐ Discover  ☐ AMEX

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

**Invoice #:**  FL139884
**Job #:**  144558
**Invoice Date:**  08/12/2009
**Balance :**  $373.30

### Remit payment to:
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**


OK to Pay
R. Stewart
8/13/09

## Veritext Florida Reporting Co.
### A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To:  Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

| | |
|---|---|
| **Invoice #:** | FL 139878 |
| **Invoice Date:** | 08/12/2009 |
| **Balance Due:** | $638.75 |

**Case:** Arias, et al. v. Dyncorp, et al.

**Job #:** 144559  |  Job Date: 7/10/2009  |  Delivery: Normal

**Location:** Quito, Ecuador,

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Miguel Lopez Moreno | Certified Transcript | Page | 150.00 | $487.50 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 115.00 | $97.75 |
| 4 | | Handling | Package | 1.00 | $14.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $638.75 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $638.75 |

Fed. Tax ID: ███████        Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days

---

Make check payable to:          Veritext Florida Reporting Co.,

Charge my Credit Card:   ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

_____        _____
Credit Card #                                   Exp. Date

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | FL139878 |
| **Job #:** | 144559 |
| **Invoice Date:** | 08/12/2009 |
| **Balance :** | $638.75 |

Remit payment to:
**Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301**



# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

*OK to Pay
Rosemary Stewart 11/6/09
1152.0002*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26280 | 11/5/2009 | 21615 |
| **Job Date** | **Case No.** | |
| 10/19/2009 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rolando R. Sanchez, Esquire
Hollingsworth, LLP
1350 I Street, N.W.
9th Floor
Washington DC  20005-3305



For the Original Transcript/Index of:

Depositions held in Ecuador from 10/19/09  through 10/29/09

| | | | |
|---|---|---|---|
| Minimum Transcript | 9.00 | | 13,050.00 |
| Transcript - Expedited (2-5 day turnaround) | 1,240.00 | Pages | 1,860.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | 9.00 | Flat | 180.00 |
| Exhibits: Scan / Copy - Black & White | 738.00 | Pages | 184.50 |
| Exhibits: Scan / Copy - Color | 24.00 | Pages | 18.00 |
| Process & Handling | | | 85.00 |

**TOTAL DUE >>>**            **$15,377.50**

In legal matters we look to the at_____, not their client, even if their client
makes full or partial payment of a_____

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **15,377.50** |

Tax ID: ▮▮▮▮

---

*Please detach bottom portion and return with payment.*

Rolando R. Sanchez, Esquire
Hollingsworth, LLP
1350 I Street, N.W.
9th Floor
Washington DC  20005-3305

| | | | |
|---|---|---|---|
| Job No. | : 21615 | BU ID | : 1-MAIN |
| Case No. | : 1:01CV01908 (RWR-DAR) | | |
| Case Name | : Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| Invoice No. | : 26280 | Invoice Date | : 11/5/2009 |
| **Total Due** | : **$15,377.50** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Gore Brothers Reporting & Video**
            **20 South Charles Street**
            **Suite 901**
            **Baltimore MD  21201**

# INVOICE

*OK to Pay*
*R. Stewart*
*12/15/09*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26873 | 12/15/2009 | 21872 |

| Job Date | Case No. | |
|---|---|---|
| 11/9/2009 | 1:01CV01908 (RWR-DAR) | |

| Case Name | |
|---|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD  21201
Phone:410- 837-3027   Fax:410-685-6361

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

Depositions held in Ecuador from 11/9/09 through 11/18/09

| Description | Qty | Unit | Amount |
|---|---|---|---|
| Minimum | 8.00 | | 11,600.00 |
| Minimun Transcript - Expedited | 1,317.00 | Pages | 1,975.50 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | 8.00 | Flat | 160.00 |
| Process & Handling | | | 35.00 |
| Exhibits: Scan / Copy - Black & White | 495.00 | Pages | 123.75 |
| Exhibits: Scan / Copy - Color | 35.00 | Pages | 26.25 |

**TOTAL DUE  >>>**            **$13,920.50**

In legal matters we look to the [ ] not their client, even if their client
makes full or partial payment [ ]

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 13,920.50 |

**Tax ID:** ▉▉▉▉

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | | | |
|---|---|---|---|---|
| Job No. | : 21872 | BU ID | : 1-MAIN | |
| Case No. | : 1:01CV01908 (RWR-DAR) | | | |
| Case Name | : Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | | |
| Invoice No. | : 26873 | Invoice Date | : 12/15/2009 | |
| **Total Due** | : **$13,920.50** | | | |

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Gore Brothers Reporting & Video**
            **20 South Charles Street**
            **Suite 901**
            **Baltimore MD  21201**

*Gore Brothers Reporting Co., Inc.* RECEIVED JAN 2 7 2010

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28385 | 12/30/2009 | 22937 |

| Job Date | Case No. |
|---|---|
| 12/9/2009 | 1:01CV01908 (RWR-DAR) |

| Case Name |
|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| Payment Terms |
|---|
| Due upon receipt |

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Dave Crago - CONFIDENTIAL | 356.00 Pages | 872.20 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 73.00 Pages | 18.25 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$927.45** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



OK to Pay
Bill DynCorp/CSC
R Stewart
1/25/10
1152.0002

**Tax ID:** ████████

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

*OK to Pay*
*R. Stewart*
*4/5/10*
*152.0000*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31162 | 3/31/2010 | 25259 |

| Job Date | Case No. | |
|---|---|---|
| 3/16/2010 | 1:01CV01908 (RWR-DAR) | |

| Case Name | | |
|---|---|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Thomas Karika | 136.00  Pages | 333.20 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 24.00  Pages | 6.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE  >>>** | **$376.20** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | |
|---|---|---|
| Invoice No. | : | 31162 |
| Invoice Date | : | 3/31/2010 |
| **Total Due** | **:** | **$ 376.20** |

| | | |
|---|---|---|
| Job No. | : | 25259 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:01CV01908 (RWR-DAR) |
| Case Name | : | Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD  21201**

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

*OK to*
*Pay R.Stewart*
*4/8/10*
*1152.0002*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31275 | 4/2/2010 | 25260 |
| **Job Date** | **Case No.** | |
| 3/17/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED APR 0 8 2010

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Brandon Webb - CONFIDENTIAL | 191.00 Pages | 467.95 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 24.00 Pages | 6.00 |
| Exhibits: Scan / Copy - Black & White | 16.00 Pages | 4.00 |
| Exhibits: Scan / Copy - Color | 5.00 Pages | 3.75 |
| Process & Handling | | 17.00 |

**TOTAL DUE  >>>**                     **$518.70**

COPY OF THOMAS KARIKA EXHIBITS FROM 3/16 DEPO ATTACHED - 24 PAGES

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client
makes full or partial payment of an invoice!

**Tax ID:** ██████

*Please detach bottom portion and return with payment*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | |
|---|---|---|
| Invoice No. | : | 31275 |
| Invoice Date | : | 4/2/2010 |
| **Total Due** | : | **$ 518.70** |

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD  21201**

| | | |
|---|---|---|
| Job No. | : | 25260 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:01CV01908 (RWR-DAR) |
| Case Name | : | Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

RECEIVED APR 0 9 2010

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD  21201
Phone:410- 837-3027   Fax:410-685-6361

*OK to Pay*
*R. Stewart*
*4/9/10*

*1152.0002*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31351 | 4/5/2010 | 25261 |

| Job Date | Case No. | |
|---|---|---|
| 3/19/2010 | 1:01CV01908 (RWR-DAR) | |

| Case Name | |
|---|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

RECEIVED APR 0 9 2010

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| John Lehr - CONFIDENTIAL | 217.00 Pages | 531.65 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 22.00 Pages | 5.50 |
| Exhibits: Scan / Copy - Color | 12.00 Pages | 9.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE  >>>** | **$583.15** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | | |
|---|---|---|---|
| Job No. | : 25261 | BU ID | :1-MAIN |
| Case No. | : 1:01CV01908 (RWR-DAR) | | |
| Case Name | : Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| Invoice No. | : 31351 | Invoice Date | :4/5/2010 |
| **Total Due** | **: $ 583.15** | | |

Remit To:  **Gore Brothers Reporting & Video**
         **20 South Charles Street**
         **Suite 901**
         **Baltimore MD  21201**

### PAYMENT WITH CREDIT CARD     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

OK to
Pay @Stewart
4/16/10

1152.0002

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31466 | 4/8/2010 | 25262 |

| Job Date | Case No. | |
|---|---|---|
| 3/23/2010 | 1:01CV01908 (RWR-DAR) | |

| Case Name | | |
|---|---|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

For the Copy/Index of Transcript of:

| | | | |
|---|---|---|---|
| Devin K. Ranck | 162.00 | Pages | 396.90 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 35.00 | Pages | 8.75 |
| Exhibits: Scan / Copy - Color | 3.00 | Pages | 2.25 |
| Process & Handling | | | 17.00 |

**TOTAL DUE  >>>** **$444.90**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice.

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

RECEIVED JUN 0 1 2010

OK
EL
1152-0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

RECEIVED MAY 0 3 2010

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32170 | 4/27/2010 | 26125 |
| **Job Date** | **Case No.** | |
| 4/13/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | | |
|---|---|---|---|
| Andres Donoso-Calvo - CONFIDENTIAL | 102.00 | Pages | 285.60 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 37.00 | Pages | 9.25 |
| Exhibits: Scan / Copy - Color | 19.00 | Pages | 14.25 |
| Process & Handling | | | 17.00 |
| | | **TOTAL DUE >>>** | **$346.10** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



Tax ID: ███████

*Please detach bottom portion and return with payment.*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32253 | 4/28/2010 | 26126 |
| **Job Date** | **Case No.** | |
| 4/14/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED MAY 0 3 2010

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Original/Index of Transcript of:

Adolfo Maldonado Compos - CONFIDENTIAL

| | | |
|---|---|---|
| Minimum | | 1,450.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 441.00  Pages | 110.25 |
| Exhibits: Scan / Copy - Color | 10.00  Pages | 7.50 |
| Process & Handling | | 17.00 |

**TOTAL DUE  >>>**          **$1,604.75**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

ACCOUNTS PAYABLE

ATTY APPROVAL _____

CLIENT/MATTER # _1152 - 0002_

Tax ID: ████████

Please detach bottom portion and return with payment.

RECEIVED MAY 21 2010

OK
8/

RECEIVED MAY 18

1152-0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD  21201
Phone:410- 837-3027  Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32684 | 5/12/2010 | 26280 |
| **Job Date** | **Case No.** | |
| 4/27/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | | |
|---|---|---|---|
| Julian R. Medina - CONFIDENTIAL | 152.00 | Pages | 372.40 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 51.00 | Pages | 12.75 |
| Exhibits: Scan / Copy - Color | | | 0.75 |
| Process & Handling | | | 17.00 |

**TOTAL DUE  >>>**          **$422.90**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

1152.0002

OK to
Pay
@ Stewt
5/3/10

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

RECEIVED MAY 2 1 2010

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32817 | 5/12/2010 | 26348 |
| **Job Date** | **Case No.** | |
| 4/28/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | | |
|---|---|---|---|
| For the Copy/Index of Transcript of: | | | |
| Elena Paige Hawn - CONFIDENTIAL | 46.00 | Pages | 112.70 |
| Exhibits: Scan / Copy - Black & White | 32.00 | Pages | 8.00 |
| For the Copy/Index of Transcript of: | | | |
| Pilot John Doe - CONFIDENTIAL | 57.00 | Pages | 139.65 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Transcript/Each Additional Wit Repository Archiving DepoLaunch | | | 2.00 |
| Process & Handling | | | 17.00 |
| Signed Order Form | | | 0.00 |

**TOTAL DUE  >>>**   **$299.35**

In legal matters we look to the attorney for ... client, even if their client
makes full or partial payment of an invoice!

**Tax ID:** █████

*Please detach bottom portion and return with payment.*

OK to
Pay RS
11/15/10

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

1152.0002

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38932 | 11/10/2010 | 32512 |
| **Job Date** | **Case No.** | |
| 10/27/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| PX50 | 153.00  Pages | 374.85 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE  >>>** | **$411.85** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | |
|---|---|---|
| Invoice No. | : | 38932 |
| Invoice Date | : | 11/10/2010 |
| **Total Due** | : | **$ 411.85** |

Remit To:  **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD  21201**

| | | |
|---|---|---|
| Job No. | : | 32512 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:01CV01908 (RWR-DAR) |
| Case Name | : | Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

*1152.0007*
*Rosemary Stewart X*
*11/29/10*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

RECEIVED NOV 29 2010

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39361 | 11/19/2010 | 32513 |
| **Job Date** | **Case No.** | |
| 11/5/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

---

For the Copy/Index of Transcript of:

| | | | |
|---|---|---|---|
| PX40 | | 88.00  Pages | 215.60 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Process & Handling | | | 17.00 |
| Signed Order Form | | | 0.00 |
| | | **TOTAL DUE  >>>** | **$252.60** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client
makes full or partial payment of an invoice!



**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

---

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

Job No.      : 32513          BU ID        :1-MAIN
Case No.    : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et
al.

Invoice No. : 39361          Invoice Date  :11/19/2010
**Total Due  : $ 252.60**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD  21201**

*1152.0002* *X*
*Rosemary Stewart* *11/29/10*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

**RECEIVED NOV 2 9 2010**

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39368 | 11/22/2010 | 32920 |
| **Job Date** | **Case No.** | |
| 11/8/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

---

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Perry Holloway - CONFIDENTIAL | 67.00 Pages | 164.15 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE  >>>** | **$201.15** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ▉▉▉▉▉

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| | | | |
|---|---|---|---|
| Job No. | : 32920 | BU ID | : 1-MAIN |
| Case No. | : 1:01CV01908 (RWR-DAR) | | |
| Case Name | : Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| Invoice No. | : 39368 | Invoice Date | : 11/22/2010 |
| **Total Due** | **: $ 201.15** | | |

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

R.Stewart 12/20/10
X 11521000Z

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40189 | 12/14/2010 | 33528 |
| **Job Date** | **Case No.** | |
| 12/1/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:
   PX39 - CONFIDENTIAL                       99.00  Pages         242.55
     Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch    20.00
     Process & Handling                                  17.00

**TOTAL DUE  >>>**     **$279.55**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ▇▇▇▇▇

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No.    : 33528       BU ID    :1-MAIN
Case No.   : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Invoice No. : 40189     Invoice Date :12/14/2010
**Total Due  : $ 279.55**

**PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Gore Brothers Reporting & Video**
         **20 South Charles Street**
         **Suite 901**
         **Baltimore MD 21201**

RECEIVED A℠R 2 5 2011    *E115*    *1152.0002*

# INVOICE *OK el*

Gore Brothers Reporting & Video
20 S. Charles Street, Suite 901
Baltimore MD 21201
Phone:410.837.3027  Fax:410.685.6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44028 | 4/14/2011 | 36746 |

| Job Date | Case No. | |
|---|---|---|
| 3/30/2011 | 1:01CV01908 (RWR-DAR) | |

| Case Name | | |
|---|---|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Original & 1/Index of Transcript of:

| | | |
|---|---|---:|
| Michael A. Wolfson, M.D., MPH | 290.00  Pages | 1,609.50 |
| Reporter Appearance Fee | | 250.00 |
| Exhibits: Scan / Copy - Black & White | 358.00  Pages | 89.50 |
| Reading & Signing | | 35.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |

TOTAL DUE  >>>     **$2,021.00**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** ▉▉▉▉▉

*Please detach bottom portion and return with payment.*

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | |
|---|---|---|
| Invoice No. | : | 44028 |
| Invoice Date | : | 4/14/2011 |
| **Total Due** | : | **$ 2,021.00** |

| | | |
|---|---|---|
| Job No. | : | 36746 |
| BU ID | : | 2-out o st |
| Case No. | : | 1:01CV01908 (RWR-DAR) |
| Case Name | : | Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

**Remit To: Gore Brothers Reporting & Video**
       **20 South Charles Street**
       **Suite 901**
       **Baltimore MD  21201**

RECEIVED APR 1 8 2011

RECEImVED APR 2 5 2011     E1110

# INVOICE

**Gore Brothers Reporting & Video**
20 S. Charles Street, Suite 901
Baltimore MD  21201
Phone:410.837.3027   Fax:410.685.6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44052 | 4/12/2011 | 36747 |
| **Job Date** | **Case No.** | |
| 3/31/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Original & 1/Index of Transcript of:

| | | |
|---|---|---|
| Michael A. Wolfson, M.D., MPH - Volume II | 226.00  Pages | 1,254.30 |
| Exhibits: Scan / Copy - Color | 6.00  Pages | 4.50 |
| Exhibits: Scan / Copy - Black & White | 211.00  Pages | 52.75 |
| Reading & Signing | | 35.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Reporter Appearance Fee | | 250.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |

**TOTAL DUE  >>>          $1,633.55**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** ███████

*...th payment.*

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

| | | | |
|---|---|---|---|
| Job No. | : 36747 | BU ID | :2-out o st |
| Case No. | : 1:01CV01908 (RWR-DAR) | | |
| Case Name | : Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| Invoice No. | : 44052 | Invoice Date | :4/12/2011 |
| **Total Due** | : **$ 1,633.55** | | |

Remit To: **Gore Brothers Reporting & Video**
          **20 South Charles Street**
          **Suite 901**
          **Baltimore MD  21201**

RECEIVED APR 1 8 2011

### PAYMENT WITH CREDIT CARD    AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45343 | 5/25/2011 | 37329 |
| **Job Date** | **Case No.** | |
| 5/11/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Accts Payable

Atty Approval:

Client/Matter No: 1152.0002

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Expense Code: E115

Date: 7/5/11

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Keith Solomon | 141.00  Pages | 359.55 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE  >>>** | **$396.55** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

| | |
|---|---|
| ) Payments/Credits: | 0.00 |
| +) Finance Charges/Debits: | 0.00 |
| =) New Balance: | $396.55 |

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45422 | 5/26/2011 | 37330 |
| **Job Date** | **Case No.** | |
| 5/16/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Andrew Hewitt | 158.00 Pages | 402.90 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |

TOTAL DUE  >>>                    **$439.90**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



Accts Payable
Atty Approval:
Client/Matter No: 1152.0002
Expense Code: E115
Date: May 26, 2011

**Tax ID:**

*Please detach bottom portion and return with payment*

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC  20005-3305

Invoice No.     :  45422
Invoice Date    :  5/26/2011
**Total Due       :  $ 439.90**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD  21201**

Job No.      :  37330
BU ID        :  1-MAIN
Case No.     :  1:01CV01908 (RWR-DAR)
Case Name    :  Venancio Aguasanta Arias, et al. vs Dyncorp, et al.