# Exhibit C
## Hearing Transcript Invoices

| | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| AO44<br>(Rev. 12/89) | | |

INVOICE NO: 00000645

**MAKE CHECKS PAYABLE TO:**

Michael Shallcross  
Spriggs& Hollingsworth  
1350 I Street, NW  
Washington, DC 20005  

Phone: (202) 898-5843  

Fax: 202-682-1639

Scott Wallace, Reportng Inc  
Official Court Reporter  
333 Constitution Avenue, N.W.  
Suite 6509  
Washington, DC 20001  

Phone: (202) 326-0566  
FAX   (202) 449-4133  
Tax ID: 20-2094796  
Scottlyn01@aol.com

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 11-30-2007   DATE DELIVERED: 12-03-2007

Case Style: CA01-1908, Venacio Aguasanta Arias v Nestor Ermogenes Arroyo Quinte
Transcript of status call proceedings held on Novwember 27, 2007 before the Honorable Richard W. Roberts

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 44 | 5.50 | 242.00 | | | | | | | 242.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 242.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $242.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _Scott Wall_   DATE 12/3/07

(All previous editions of this form are cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


OK
R. Stewart
12/1/08

INVOICE NO: 00000786

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Alexandra Musiuch<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br><br>Phone: (202) 898-5843 | Scott Wallace Reporting, Inc.<br>333 Constitution Avenue, N.W.<br>Suite 6509<br>Washington, DC 20001<br><br>Phone: (202) 354-3196<br>FAX (202) 449-4133<br>Tax ID: 20-2094796<br>Scottlyn01@aol.com |

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 12-01-2008   DATE DELIVERED: 12-02-2008

**Case Style:** CA01-1908, Venancia Arias, et al., v DynCorpt, et al.
Transcript of status call proceedings held on November 25, 2008 before the Honorable Richard W. Roberts. Original and Electronic transcript to be sent to amasciuch@spriggs.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 81 | 6.05 | 490.05 | 81 | 1.20 | 97.20 | | | | 587.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 587.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:     Amt: | TOTAL DUE: | $587.25 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

OK to Pay
R.Stewart
8/4/09

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA |
|---|---|

INVOICE NO: 00000895

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Alexandra Musiuch<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br><br>Phone: (202) 898-5843 | Scott Wallace Reporting, Inc.<br>333 Constitution Avenue, N.W.<br>Suite 6509<br>Washington, DC 20001<br><br>Phone: (202) 354-3196<br>FAX (202) 449-4133<br>Tax ID: 20-2094796<br>Scottlyn01@aol.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-29-2009 | DATE DELIVERED: 08-03-2009 |
|---|---|---|---|

**Case Style:** CA01-1908, In re: Quinteros, et al., v DynCorpt, et al.
Transcript of status call proceedings held on July 17, 2009 before the Honorable Richard W. Roberts. Original and Electronic transcript to be sent to amasciuch@spriggs.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 64 | 4.85 | 310.40 | 64 | 0.90 | 57.60 | | | | 368.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 368.00 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: Amt: | TOTAL DUE: | $368.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**INVOICE NO:** 00001055

**MAKE CHECKS PAYABLE TO:**

Rosemary Stewart, Esq.  
Hollingsworth, LLP  
1350 I Street, NW  
Washington, DC 20005  

Phone: (202) 898-5800

Client/Matter #: 1152/0002

Scott Wallace Reporting, Inc.  
333 Constitution Avenue, N.W.  
Suite 6503  
Washington, DC 20001  

Phone: (202) 354-3196  
FAX: (202) 449-4133  
Tax ID: 20-2094796  
swallace.reporter@gmail.com

☐ CRIMINAL   ☒ CIVIL

**DATE ORDERED:** 02-23-2011   **DATE DELIVERED:** 02-23-2011

**Case Style:** 01-1980, Venancio A. Arias v Dyncorp Aerospace Operations

Transcript of status call proceedings held before the Honorable Richard W. Roberts on 12-14-10 (24pgs) and 6-3-10 (45pgs). E-mails sent to jrives@hollingsworthllp.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL |  |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14-Day |  |  |  |  |  |  |  |  |  |  |
| Expedited |  |  |  |  |  |  |  |  |  |  |
| Daily |  |  |  | 69 | 1.20 | 82.80 | 24 | 0.90 | 21.60 | 104.40 |
| Hourly |  |  |  |  |  |  |  |  |  |  |
| Realtime |  |  |  |  |  |  |  |  |  |  |

MISC. CHARGES:  
TOTAL: 104.40  
LESS DISCOUNT FOR LATE DELIVERY:  
TAX (If Applicable):  
LESS AMOUNT OF DEPOSIT:  
TOTAL REFUND:  
**TOTAL DUE: $104.40**

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**SIGNATURE:**   **DATE:**

*(All previous editions of this form are cancelled and should be destroyed)*



RECEIVED NOV 22 2010

# Hollingsworth LLP

1350 I Street, NW
Washington, DC 20005

## CHECK REQUEST

AMOUNT $ **727.50**

DATE REQUESTED: 11/22/2010      DATE/TIME NEEDED: 11/22/2010

Disposition:

PAYABLE TO: Stephen C. Bowles and dba/Bowles Reporting Service, LLC

☐ USPS   ☐ COURIER
☐ COD    ☐ FEDEX

RETURN CHECK TO: Juanita E. Singleton

PREPARED BY: Juanita E. Singleton

**1099 TAX FILING INFORMATION. COMPLETE IF REQUIRED.**

FED Tax ID # ☐☐-☐☐☐☐☐☐☐   OR   SS # ☐☐☐-☐☐-☐☐☐☐

Mailing Address: _____

City: _____   State: _____   Zip Code: ☐☐☐☐☐

REASON FOR PAYMENT: Payment for expedited transcript from 11/18/10 hearing.

RESPONSIBLE ATTY/MGR: Rosemary Stewart        Timekeeper #: 0 1 6 2

**PLEASE SELECT ONE OF THE FOLLOWING CATEGORIES BELOW:**

CLIENT EXPENSE [X]                    ☐ PROFESSIONAL DUES
                                         (No Approval Required for ABA & DC Bar Dues)

Client/Matter #: 1 1 5 2 . 0 0 0 2

---

HOLLINGSWORTH LLP          CHECK DATE: 11-22-10    CHECK NO: 60694

| DATE | INVOICE | VOUCHER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11-22-10 | 112210 - DynCorp | 79716 | Payment of expedited Hearing transcript on 11/18/10 re Arias/Quinteros v. Dyncorp | 727.50 |

*Refund Received 1/4/11 295.66*

VENDOR: Stephen C. Bowles      VENDOR ID: 8223      TOTAL $727.50