# Exhibit D
## Interpreter Invoices

RECEIVED NOV 0 3 2009

*Wire Transfer
Sent 12/1/09
1152.0002*

# EMILIO A. PALLARES
### SIMULTANEOUS INTERPRETATION AND TRANSLATION SERVICES
Cochapata E.1331 y Abascal, Edf. Alcazar 2001, Apt. 402, El Batan
emil444@andinanet.net
emilios20022002@yahoo.com
Mobile: 593 99 781596
Quito ECUADOR

## INVOICE 001128

**Client: Hollingsworth**LLP
**Att: Rolando Sanchez**
**Ref: English - Spanish Interpretation Services**

Quito, November 3, 2009

Subject: Deposition - Dyncorp
Dates: 19-23, 26-29 November 2009 (9 days)
Daily Rate: USD 250

**TOTAL**     (12% VAT included)        US$ 2,520.00

**Bank Deposit Information for Wire Transfer**

**BANCO DEL PACIFICO**
**Checking Account #** ▮▮▮▮▮▮▮
**Emilio Agustín Pallares Fierro**

**Bank Address: Av. NNUU y Av. De los Shyris
Quito, ECUADOR**

Emilio A. Pallares
INTERPRETER/TRANSLATOR

# EMILIO A. PALLARES
SIMULTANEOUS INTERPRETATION
AND TRANSLATION SERVICES
Cochapata E 1331 y Abascal, Edf. Alcazar 2001, Apt. 402, El Batan
emil444@andinanet.net
emilius20022002@yahoo.com
Mobile: 593 99 781596
Quito ECUADOR

*OK to Pay*
*R. Stewart*
*11/23/09*

## INVOICE 001131

**Client: Hollingsworth**LLP
**Att: Rolando Sanchez**
**Ref: English - Spanish Interpretation Services**

Quito, November 18, 2009

Subject: Deposition - Dyncorp
Dates: 9-13, 16-18 November 2009 (8 days)
Daily Rate: USD 250

TOTAL       (12% VAT included)              US$ 2,240.00

Bank Deposit Information for Wire Transfer

**BANCO DEL PACIFICO**
**Checking Account #** ███████
**Emilio Agustín Pallares Fierro**
███████

Bank Address: Av. NNUU y Av. De los Shyris
Quito, ECUADOR

Emilio A. Pallares
INTERPRETER/TRANSLATOR

# Invoice

## Peter C. Newton-Evans, M.A.
### Translator / Interpreter
#### English <> Spanish

| Client: Hollingsworth LLP | Job: Case No. 1152-0002 |
|---|---|
| Attn: Jennifer Sweets | Date: November 18, 2009 |

| Peter C. Newton-Evans | Tel/fax: 593-2-233-3538 |
|---|---|
| P.O. Box 17-12-74, Quito, Ecuador | Mobile: 593-9-980-1600 |
| E-mail: peter.newton.evans@gmail.com | http://www.peternewton.biz |

| Amt. | Description | Rate | Total Cost |
|---|---|---|---|
| 17 | Days of interpretation for depositions in: | $ 250.00 | $ 4,250.00 |
|  | Case No. 1152-0002, on the following days: |  |  |
|  | October 19-23, 26-29, November 9-13, 16-18, 2009 |  |  |
|  | 12% Value Added Tax |  | $ 510.00 |
|  | Total: |  | $ 4,760.00 |

Total invoice: Four thousand, seven hundred and sixty US Dollars and NO/100

**Note:**
Please wire payment to Wachovia Bank:
Current Account No.: ■■■■■■■■

P.O. Box 2510, Asheville, NC 28802-2510

*[signature]*

Peter C. Newton-Evans
Translator-Interpreter

*[Handwritten note: OK to Pay - Bill DynGrp/CSC R. Stewart 11/23/09]*

RECEIVED APR 20 2010

EL OK
1152-0012

# EMILIO A. PALLARES
SIMULTANEOUS INTERPRETATION
AND TRANSLATION SERVICES
Cochapata E 1331 y Abascal, Edf. Alcazar 2001, Apt. 402, El Batan
emil444@andinanet.net
emilius20022002@yahoo.com
Mobile: 593 99 781596
Quito ECUADOR

## INVOICE 001189

**Client: Hollingsworth**LLP
**Att: Rolando Sanchez**
**Ref: English - Spanish Interpretation Services**

Quito, April 17, 2010

Subject: Deposition - Dyncorp
Dates: 14 April 2010
Daily Rate: USD 280 (8 hours)
Overtime + ECH USD 105

    **TOTAL**                        **US$ 385.00**

Bank Deposit Information for Wire Transfer

**BANCO DEL PACIFICO**
**Checking Account #** ▮▮▮▮
**Emilio Agustín Pallares Fierro**
▮▮▮▮▮▮▮▮

**Bank Address: Av. NNUU y Av. De los Shyris**
**Quito, ECUADOR**



Emilio A. Pallares
INTERPRETER/TRANSLATOR

# Invoice

## Peter C. Newton-Evans, M.A.
### Translator / Interpreter
#### English <> Spanish

| Client: Hollingsworth LLP | Job: Case No. 1152-0002 |
|---|---|
| Attn: Jennifer Sweets | Date: April 19, 2010 |

| Peter C. Newton-Evans | Tel/fax: 593-2-233-3538 |
|---|---|
| P.O. Box 17-12-74, Quito, Ecuador | Mobile: 593-9-980-1600 |
| E-mail: peter.newton.evans@gmail.com | http://www.peternewton.biz |

| Amt. | Description | Rate | Total Cost |
|---|---|---|---|
| 1 | Day of interpretation for depositions in Case No. 1152-0002, on April 14, 2010 | $ 280.00 | $ 280.00 |
| 2 | Hours of overtime | $ 52.50 | $ 105.00 |
| | | Total: | $ 385.00 |

Total invoice: Three hundred and eighty-five US Dollars and NO/100

**Note:**
Please wire payment to my Wachovia Bank account


Peter C. Newton-Evans
Translator-Interpreter